

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK

THE DATE OF ENTRY IS

ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 21, 2013**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Ronald Joe Jackson | § | CASE NO.  13-70224-hdh-13 |
| AND | § | |
| Paula June Jackson | § | |
| DEBTORS | § | |

ORDER EXTENDING THE AUTOMATIC STAY

The Motion of the above-named Debtors to extend the automatic stay is sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the automatic stay shall be

extended in this proceeding as to all parties in interest, to effectuate an orderly reorganization

pursuant to 11 U.S.C. §362(c)(3)(B),  until further order or until the case is closed.

# # # END OF ORDER # # #

PREPARED BY:

Monte J. White, Attorney for Debtor
Monte J. White & Associates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com